RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 24 2024

FILED ____
DOCKETED ____ DATE ____ INITIAL

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

Enrique Zacarias Diaz
Appellant(s),

vs.

Lugo
Appellee(s).

9th Cir. Case No. 24-5130

District Court or
BAP Case No. 2:22-cv-01244-TT

**APPELLANT'S INFORMAL OPENING BRIEF**

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

a. What is the date of the judgment or order that you want this court to review? 7/30/24

b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: ____

- If you did, on what date did you file the motion? ____
- For prisoners or detainees, what date did you give the motion to prison authorities for mailing? ____
- What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? ____

c. What date did you file your notice of appeal? 8/16/24

- For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? 8/16/24

**FACTS**. Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

On August 4, 2022 At Snake River Correctional Institution At Dinner Correctional Officer D. Coya when Picking up Dinner Trays Harassed Me Asking Me "How was that Dinner Spic" After Harassing Me various Times For various Reasons Leading up.

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

I Asked The District Court That I Be Compensated For The Damages And The Emotional Distress.

4. What legal claim or claims did you raise in the district court or at the BAP?

That This was violation of My 5th And 14th Amendment Right For violation of Equal Protection of The Law.

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

Yes.

**<u>PROCEEDINGS BEFORE THE COURT OF APPEALS</u>.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

The Dismissal of This Case For An Non Exhaustion of Administrative Remedies For Exceeding The Number of Grievances Allowed To Be Filed In A Month.

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: Yes.

If not, why not?

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

The 5th And 14th Amendment of The U.S Constitution Equal Protection of The Law.

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

No

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

No, But Remanded cases.

2:22-cv-01311-TT-Diaz v. Oregon Department of Corrections et al.

2:22-cv-01248-TT-Diaz v. Cogan

2:22-cv-01395-TT-Diaz v. Spelman

Enrique Diaz
Name

Signature

777 Stanton Blvd
Ontario, OR 97914
Address

9/4/24
Date

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**

- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** 24-5130

**Case Name** Diaz v. Coya

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the Opening Brief and any attachments.
*(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** [signature] **Date** 9/4/24

| Name | Address | Date Served |
|---|---|---|
| Department of Justice | 1162 Court St. NE Salem, OR 97301-4096 | 9/4/24 |
| | | |
| | | |
| | | |

***Mail this form to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*